UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:11-cr-87 |
| v. ) | |
| ) | COLLIER / LEE |
| CHRISTOPHER BATES ) | |

**O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count Twenty-Three of the Twenty-Three-count Indictment; (2) accept Defendant's plea of guilty to Count Twenty-Three; (3) adjudicate Defendant guilty of the charges in Count Twenty-Three of the Indictment; (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) find Defendant shall remain in custody until sentencing in this matter (Court File No. 18). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 18) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Count Twenty-Three of the Indictment is **GRANTED**;

(2) Defendant's plea of guilty to the charges in Count Twenty-Three is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges in Count Twenty-Three;

(4) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is

scheduled to take place on **Thursday, April 12, 2012 at 9:00 a.m.** before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

**/s/**
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**